UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FERMIN PEDRO RAMOS-RAMOS,
a/k/a Pedro Ramos, and
LAURIE ANN RAMOS,

Defendants.

_____/

07 JAN 11 PM 5: 14

BY  ddk/

No.  1 : 07 CR 0 0 0 8

Hon.  Robert Holmes Bell
Chief, U.S. District Judge

**INDICTMENT**

The Grand Jury charges:

## COUNT ONE
(Forced Labor Including Aggravated Sexual Abuse)

Between on or about January 24, 2004 and in or about September 2004, in Montcalm County,

in the Southern Division of the Western District of Michigan,

### FERMIN PEDRO RAMOS-RAMOS,
a/k/a Pedro Ramos,

did knowingly obtain the labor and services of a person, to wit: a young Mexican woman identified

herein as "Jane Doe," by threats of serious harm to her and other persons; by means of a scheme,

plan, and pattern intended to cause "Jane Doe" to believe that, if she did not perform such labor and

services, she and other persons would suffer serious harm; or by means of the threatened abuse of

law and the legal process. Said conduct included aggravated sexual abuse and attempted aggravated

sexual abuse.

18 U.S.C. § 1589
18 U.S.C. § 2241

## COUNT TWO
(Involuntary Servitude Including Aggravated Sexual Abuse)

Between on or about January 24, 2004 and in or about September 2004, in Montcalm County,

in the Southern Division of the Western District of Michigan,

### FERMIN PEDRO RAMOS-RAMOS,
#### a/k/a Pedro Ramos,

did knowingly and willfully hold "Jane Doe" to involuntary servitude for a term.  Said conduct

included aggravated sexual abuse and attempted aggravated sexual abuse.

18 U.S.C. § 1584
18 U.S.C. § 2241

2

## COUNT THREE

(Trafficking Into Forced Labor and Involuntary Servitude
Including Aggravated Sexual Abuse)

Between in or about August 2003 and in or about September 2004, in Montcalm County, in

the Southern Division of the Western District of Michigan and elsewhere,

### FERMIN PEDRO RAMOS-RAMOS,
### a/k/a Pedro Ramos,

did knowingly recruit, harbor, transport and obtain a person, to wit: "Jane Doe," for unlawful labor

and services. Said conduct included aggravated sexual abuse and attempted aggravated sexual abuse.

18 U.S.C. § 1590
18 U.S.C. § 2241

3

## COUNT FOUR
(Document Servitude)

Between on or about January 24, 2004 and in or about September 2004, in Montcalm County,

in the Southern Division of the Western District of Michigan,

**FERMIN PEDRO RAMOS-RAMOS,**
**a/k/a Pedro Ramos,**

did knowingly conceal, remove, confiscate, and possess the actual or purported passport,

immigration documents, and government identification documents of "Jane Doe" in the course of

violating sections 1584, 1589 and 1590 of Title 18 of the United States Code, as charged in Counts

One, Two and Three; with the intent to violate sections 1584, 1589, and 1590, as charged in Counts

One, Two and Three; or to prevent and restrict, and to attempt to prevent and restrict, without lawful

authority, "Jane Doe's" liberty to move and travel, in order to maintain the labor and services of

"Jane Doe," when "Jane Doe" had been the victim of a severe form of trafficking in persons.

18 U.S.C. § 1592
22 U.S.C. § 7102(13)

4

## COUNT FIVE
(Transportation of Illegal Alien)

From on or about January 19, 2004 to on or about January 24, 2004, beginning at or near

Phoenix, Arizona and ending at or near Greenville, Montcalm County, in the Southern Division of

the Western District of Michigan,

## FERMIN PEDRO RAMOS-RAMOS,
### a/k/a Pedro Ramos,

knowing and in reckless disregard of the fact that a certain alien, to wit: "Jane Doe," had come to,

entered and remained in the United States in violation of law, did transport and move said alien

within the United States by means of transportation and otherwise in furtherance of such violation

of law, for the purpose of private financial gain.

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
18 U.S.C. § 3237

## COUNT SIX
(Harboring of Illegal Alien)

Between on or about January 24, 2004 and in or about September 2004, in Montcalm County,

in the Southern Division of the Western District of Michigan,

**FERMIN PEDRO RAMOS-RAMOS,**
**a/k/a Pedro Ramos, and**
**LAURIE ANN RAMOS,**

knowing and in reckless disregard of the fact that an alien, to wit: "Jane Doe," had come to, entered

and remained in the United States in violation of law, did conceal, harbor and shield from detection

such alien in their residence in Greenville, Michigan, for the purpose of private financial gain.

8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(B)(i)
18 U.S.C. § 2

6

## COUNT SEVEN
(Encouraging and Inducing Illegal Entry)

Between in or about August 2003 and on or about January 12, 2004, in Montcalm County,

in the Southern Division of the Western District of Michigan and elsewhere,

### FERMIN PEDRO RAMOS-RAMOS,
a/k/a Pedro Ramos,

did encourage and induce an alien, to wit: "Jane Doe,"to come to, enter and reside in the United

States for the purpose of private financial gain, knowing and in reckless disregard of the fact that said

coming to, entry, and residence in the United States by said alien was in violation of law.

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(B)(i)
18 U.S.C. § 3238

## COUNT EIGHT
(Forfeiture Allegations)

Upon conviction of one or more of the offenses alleged in Counts One, Two, Three, and Four

of this Indictment,

### FERMIN PEDRO RAMOS-RAMOS,
### a/k/a Pedro Ramos,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(b)(1), his

interest in all property, real and personal, that was used to facilitate, or was intended to be used to

commit or facilitate, the commission of these violations, including but not limited to the following:

1.   REAL PROPERTY:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 10612 Baker Road, Greenville, Michigan, more particularly described as: East 140 Feet of the West 330 Feet of the South 660 Feet of E ½ of the Southwest ¼ of Section 20.

18 U.S.C. § 1594(b),(c)
18 U.S.C. § 1584
18 U.S.C. § 1589
18 U.S.C. § 1590
18 U.S.C. § 1592

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARGARET M. CHIARA
United States Attorney

_____
ELISA CASTROLUGO
Assistant United States Attorney

8